**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007

20 BROADWAY, SUITE 1                                                                                    169 S. MAIN STREET # 321
VALHALLA, NY 10595                                                                                     NEW CITY, NY 10956

212-537-6859
FAX NO. 845-510-2219

E-mail: bg@glasskrakower.com

*Bryan D. Glass*
   Partner

September 7, 2012

*Via ECF*
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                    Re:    *Portelos v. City of New York et al.,*
                            12 CV 3141 (RRM)

Dear Judge Mauskopf:

      I am the attorney for Plaintiff in the above-referenced matter. I write to respectfully request a brief adjournment of the pre-motion conference regarding Defendants' proposed motion to dismiss which was recently scheduled for September 13, 2012, at 10:30 a.m. The reason for this request is that I have a previously scheduled oral argument in another case before Justice Wright in the New York State Supreme Court, New York County, on the same date and time.

      I have contacted Christopher Seacord, Esq., Assistant Corporation Counsel, attorney for Defendants, and he has no objection to this request. If September 20th is available for the court conference, that date would work for the parties.

      Thank you very much for your consideration.

                                                           Respectfully submitted,

                                                           *s/*
                                                           Bryan D. Glass, Esq.

c:      Christopher Seacord, Assistant Corporation Counsel, Attorney for Defendants   (via ECF)