**GLASS KRAKOWER LLP**
ATTORNEYS AND COUNSELORS AT LAW
A Limited Liability Partnership
100 CHURCH STREET, 8TH FLOOR
NEW YORK, NY 10007

212-537-6859
FAX NO. 845-510-2219

E-mail: bg@glasskrakower.com

*Bryan D. Glass*
   Partner

October 11, 2012

*Via ECF*
Honorable Vera Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Portelos v. City of New York et al.*,
                12 CV 3141 (RRM)

Dear Judge Mauskopf:

      In accordance with Judge Mauskopf's recent order of September 21, 2012, Plaintiff respectfully requests that Your Honor schedule an initial discovery conference in this matter as soon as possible.

      Thank you very much for your consideration.

                                        Respectfully submitted,

                                        Bryan D. Glass, Esq.

c:    Christopher Seacord, Assistant Corporation Counsel, Attorney for Defendants  (via ECF)