

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JESSICA GIAMBRONE**
Assistant Corporation Counsel
Labor & Employment Division
(212) 356-2460
FAX (212) 788-0940
jgiambro@law.nyc.gov

October 1, 2013

**BY ECF**
Hon. Vera M. Scanlon
U.S. Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York  11201

Re: <u>Portelos v. City of New York, et al.</u>, 12 Civ. 3141 (RRM)(VMS)

Dear Judge Scanlon:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York ("City"), attorney for defendants in the above-referenced action. On September 20, 2013, the parties appeared before the Court for a telephonic status conference.  At that time, among other issues, defendants notified the Court of its desire for a protective order based upon plaintiff's behavior following the exchange of electronic discovery.  The Court advised the parties to confer regarding the possibility of entering into a confidentiality agreement.  Plaintiff's counsel, today, has responded that he is not interested in entering into such an agreement and advised defendants to make a motion[1].

Consequently, defendants now write to seek Your Honor's endorsement of a briefing schedule for their anticipated motion seeking a protective order pursuant to Fed. R. Civ. P. 26(c), requiring defendants to file their motion on Friday, October 11, 2013, any opposition would be due on or by October 18, 2013, and any reply would be due on or by October 22, 2013.

Respectfully submitted,

/s/

Jessica Giambrone
Assistant Corporation Counsel

---

[1] Defendants apologize for being in violation of the Court's order to submit a briefing schedule on or before September 30, 2013;  this delay occurred as they were hopeful the parties could come to an agreement with regards to this confidentiality agreement.

cc:     Bryan Glass, Esq. (By ECF)
        Glass Krakower, LLP
        Attorneys for Plaintiff
        100 Church Street, 8th Floor
        New York, New York 10006
        Phone:  (212) 537-6859
        bg@glasskrakower.com