UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

FRANCESCO PORTELOS

                                              Plaintiff,                12 CV 3141(RRM)(VMS)

        -against-                                 **NOTICE OF MOTION**

CITY OF NEW YORK; NEW YORK CITY
DEPARTMENT OF EDUCATION; DENNIS WALCOTT,
CHANCELLOR OF NEW YORK CITY DEPARTMENT
OF EDUCATION; LINDA HILL, PRINCIPAL OF I.S. 49,
IN HER OFFICIAL AND INDIVIDUAL CAPACITY,

                                             Defendants.

-------------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of City Defendants' Motion for a Protective Order, dated October 11, 2013, and upon all other pleadings and proceedings previously had herein, Defendants City of New York, New York City Department of Education, Dennis Walcott, Chancellor of New York City Department of Education, Linda Hill, Principal of I.S. 49, in her official and individual capacity, will move this Court, at the United States District Court for the Eastern District Court of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, before the Honorable Vera M. Scanlon, United States Magistrate Judge, on October 22, 2013, for an order granting defendants' motion for a protective order. Defendants will serve and file this notice of motion and memorandum of law in support on or before October 11, 2013. Plaintiff will file and serve his opposition to defendants' motion on or before October 18, 2013. Defendants will serve and file their reply memorandum in further support of the motion for a protective order on or before October 22, 2013. Oral arguments are not requested by defendants.

Dated: New York, New York
October 10, 2013

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for the Defendants
100 Church Street, Room 2-172
New York, New York 10007
Tel: (212) 356-2460
Fax: (212) 356-2439
jgiambro@law.nyc.gov

By: _____/s/_____
Jessica Giambrone
Senior Counsel

TO:

Bryan Glass, Esq. (By ECF)
Glass Krakower, LLP
Attorneys for Plaintiff
100 Church Street, 8th Floor
New York, New York 10006
Phone: (212) 537-6859
bg@glasskrakower.com