| | Portelos v NYCDOE et al 12 CV 3141 | | |
|---|---|---|---|
| **Date of Protected Speech** | **Explanation** | **Transcript Pages** | **Exhibit** |
| Fri Jan 27, 2012 | Spoke up at UFT meeting about workplace bullying and false allegations | 272-273, 674 | Def Exhibit DD |
| Fri Jan 27, 2012 | Responded to Richard Candia email and copied UFT staff regarding January 27th early morning meeting, telling Candia Plaintiff won't resign | 273-275 | Def Exhibit X |
| Wed Feb 1, 2012 | Continued Sharing of Workplace Bullying on Social Media for years | 372-374 | - |
| Thu Mar 8, 2012 | ProtectPortelos.org blog is made public and shares concerns about workplace bullying, financial misconduct safety issues and misappropriation of funds | 372-374 | - |
| Fri Mar 16, 2012 | NY Post Interview about Blog and financial misconduct allegations against principal. | 376 | - |
| Fri Mar 16, 2012 | NY Post about blog and financial misconduct allegations against principal published | 376 | - |
| Sat Mar 24, 2012 | FOIL Time cards | 382-383 | - |
| Wed Mar 28, 2012 | Updated to new Blog and published workplace bullying | 377 | |
| April 2012 | Publicly identified Plaintiff's name to timecard investigation to investigators | 384 | |
| Wed Apr 18, 2012 | Filed Corporal Punishment against AP Denise Diacomanolis moving 8th grade honors student to 6th grade English Language Learner Class for 3 weeks | 391-392 | - |
| Wed Apr 18, 2012 | Email entire UFT staff about continued workplace bullying and false allegations | 577, 671-672 | Def Exhibit HH |
| Wed Apr 18, 2012 | Filed False Allegation investigation against Rich Candia and Susanne Abramowitz with DOE OSI | 600 | |
| Wed May 16, 2012 | Blog about taxpayer waste and workplace bullying | 379 | |
| *5/27/2012 | **NY Post Exposes Return of the reassigning of teachers (Rubber Room) paying them to sit and do nothing** | **379-380** | |
| Tue Jun 12, 2012 | SCI investigation to corporal punishment by AP Denise Diacomanolis | 555 | |
| Fri Aug 24, 2012 | Blog about continued reassignment | 372 | |
| October 2012 | Created Occupywarrenstreet.org that shared statistical data trends showing increase in incidents, financial misconduct and other concerns. "sinking ship that we need to save." | 592 | |
| Thu Oct 4, 2012 | Live Streamed from Rubber Room and media coverage | 380-382 | |
| Fri Oct 5, 2012 | Live Streamed from Rubber Room and media coverage | 380-382 | |
| Tue Dec 4, 2012 | Spoke at CEC meeting District 31 | 393-395 & Claudio Cross | |
| Mon Jan 7, 2013 | Spoke at CEC 31 | 395 | - |

| | | | |
|---|---|---|---|
| *4/25/2013 | Special Commissioner of Investigation publishes a report online referencing investigations initiated Plaintiff lodged against Principal Hill and AP Diacomanolis. The report is emailed by SCI to the press. Articles ensue. | 386 | - |
| | | | |
| *Note | May 27, 2012 and April 25, 2013 were added after the intial print out given during the break for your consideration as well. | | |
| ** | Subject to additional testimony | | |