UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------------- x

FRANCESCO PORTELOS,

Plaintiff,

-against-

LINDA HILL, PRINCIPAL OF I.S. 49, IN HER OFFICIAL AND INDIVIDUAL CAPACITY AND ERMINIA CLAUDIO, DISTRICT SUPERINTENDENT IN HER OFFICIAL AND INDIVIDUAL CAPACITY,

Defendants.

------------------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF**

12-CV-3141 (LDH)(VMS)

**PLEASE TAKE NOTICE** that, upon defendant's bill of costs, the Declaration of Jessica Giambrone dated September 20, 2016 and the exhibits annexed thereto, and all other pleadings and proceedings had herein, the defendants will move this Court before the Judgment Clerk, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York at 10:00 a.m. on October 3, 2016, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1921 granting fees and costs sought by defendants and granting such relief as to this Court deems proper.

Date: New York, New York
September 20, 2016

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorney for the Defendants
100 Church Street, Room 2-172
New York, New York 10007
212-356-2460

By: /s Jessica Giambrone
Jessica Giambrone
Assistant Corporation Counsel

To. Glass Krakoer, LLP (via ECF)
Bryan D. Glass, Esq
Attorney for Plaintiff
100 Church Street, 8th Floor
New York, New York 10007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

FRANCESCO PORTELOS,

Plaintiff,

-against-

LINDA HILL, PRINCIPAL OF I.S. 49, IN HER OFFICIAL AND INDIVIDUAL CAPACITY AND ERMINIA CLAUDIO, DISTRICT SUPERINTENDENT IN HER OFFICIAL AND INDIVIDUAL CAPACITY

Defendants.

---------------------------------------------------------------------------- x

**DECLARATION OF JESSICA GIAMBRONE IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF**

12 Civ. 3141 (LDH)(VMS)

**JESSICA GIAMBRONE,** declares pursuant to 28 U.S.C. § 1746 and under penalty of perjury that:

1. I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, counsel for the defendants in this action. I was lead trial counsel in this matter, and, as such, I am fully familiar with the facts and circumstances set forth herein.

2. I submit this Declaration in support of defendants' bill of costs and defendants' application for an award of costs against plaintiff Francesco Portelos ("plaintiff") in this action.

3. Plaintiff commenced this action by filing a Complaint on June 22, 2012. Plaintiff alleged, *inter alia*, that defendants violated plaintiff's rights under the First Amendment of the United States' Constitution as well as under New York Civil Service Law § 75-b.

4. On August 15, 2016, a jury trial in this action commenced in the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, before the Honorable Lashann DeArcy Hall.

5. The jury trial concluded on August 23, 2016, and the jury entered a verdict in favor of the defendants on all claims. Judgment was entered September 14, 2016. See Judgment annexed hereto as Exhibit "A."

6. Defendants are entitled to costs as the prevailing party pursuant to Rule 54 (d)(1) of Federal Rules of Civil Procedure (hereinafter "Fed. R. Civ. P.").

7. Defendants now seek an award of costs in the amount of **$14,727.53** as the prevailing party in accordance with Rule 54(d)(1) of the Fed. R. Civ. P. and Rule 54.1 of the Local Civil Rules of the Eastern District of New York for the items identified below. The costs claimed are correctly stated, are allowable by law, and were necessarily incurred as stated herein. Attached hereto as Exhibit "B" is defendants' bill of costs dated September 16, 2016.

8. Defendants submit a bill for the costs of the pre-trial transcripts necessarily obtained for the purposes of preparation of cross-examinations, resolving issues raised during trial, and preparing further argument at the close of evidence. Defendants are entitled to these costs in the amount of $372.96 as the prevailing party. A true copy of the invoices from the official court reporters are annexed hereto as Exhibit "C."

9. Defendants submit a bill for the costs of the deposition transcriptions of plaintiff Francesco Portelos, which were utilized in preparing defendants' motion for summary judgment, trial and cross examination at trial. A true copy of the invoices from the stenographer are annexed hereto as Exhibit "D." As indicated, the total cost of plaintiff's depositions are $2032.55.

10. Defendant submit a bill for the costs of the pre-trial court conference dated May 27, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "E." As indicated, the total cost of that conference is $659.34.

11. Defendants submit a bill for the costs of the pre-trial court conference dated October 5, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "F." As indicated, the total cost of that conference is $560.70.

12. Defendants submit a bill for the costs of the pre-trial court conference dated October 16, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "G." As indicated, the total cost of that conference is $213.06

13. Defendants submit a bill for the costs of the pre-trial court conference dated October 27, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "H." As indicated, the total cost of that conference is $20.10.

14. Defendants submit a bill for the costs of the pre-trial court conference dated October 30, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "I." As indicated, the total cost of that conference is $241.20.

15. Defendants submit a bill for the costs of the pre-trial court conference dated December 23, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "J." As indicated, the total cost of that conference is $205.02.

16. Defendants submit a bill for the costs of the pre-trial court conference dated December 15, 2014 before Magistrate Judge Vera H. Scanlon. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "K." As indicated, the total cost of that conference is $140.70.

17. Defendants submit a bill for the costs of the pre-trial court conference dated November 20, 2015 before Judge Roslynn R. Mauskopf. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "L." As indicated, the total cost of that conference is 112.14.

18. Defendants submit a bill for the costs of the pre-trial court conference dated July 18, 2016 before Judge Lashann DeArcy Hall. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "M." As indicated, the total cost of that conference is $146.52.

19. Defendants submit a bill for the costs of the pre-trial court conference dated August 4, 2016 before Judge Lashann DeArcy Hall. A true copy of the invoice from the stenographer is annexed hereto as Exhibit "N." As indicated, the total cost of that conference is $266.40.

20. Defendants submit a bill for the costs of the trial transcripts necessarily obtained for the purposes of cross-examinations at trial, addressing legal issues raised and resolved during the trial, and summation. Defendants are entitled to these cost in the amount of $9,678.84 as the prevailing party. A true copy of the invoice from the official court reporter is annexed hereto as Exhibit "O".

**WHEREFORE,** it is respectfully requested that the Clerk issue an order granting defendants costs in the amount of $**14,727.53**.

Dated: New York, New York
September 20, 2016

s/Jessica Giambrone
Jessica Giambrone
Assistant Corporation Counsel

12 Civ. 3141 (LDH)(VMS)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FRANCESCO PORTELOS,

Plaintiff,

-against-

LINDA HILL, PRINCIPAL OF I.S. 49, IN HEROFFICIAL AND INDIVIDUAL CAPACITY AND ERMINIA CLAUDIO, DISTRICT SUPERINTENDENT IN HER OFFICIAL AND INDIVIDUAL CAPACITY

Defendants.

**NOTICE OF APPLICATION FOR COSTS AGAINST PLAINTIFF, BILL OF COSTS, DECLARATION OF JESSICA GIAMBRONE IN SUPPORT OF DEFENDANTS' APPLICATION FOR COSTS AGAINST PLAINTIFF AND ANNEXED EXHIBITS**

***ZACHARY W. CARTER***
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church Street; Room 2-172

New York, N.Y. 10007

Of Counsel Jessica Giambrone
Tel: (212) 356-2460

*Due and timely service is hereby admitted.*

*New York, N.Y.* ........................................................................, *2016*

........................................................................................ *Esq.*

*Attorney for* ........................................................................................

# EXHIBIT A

AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

FRANCESCO PORTELOS
*Plaintiff*
v.
HILL ET AL.
*Defendant*

) ) ) Civil Action No. 12-cv-3141(LDH) ) )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ________ recover from the defendant *(name)* ________ the amount of ________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________ recover costs from the plaintiff *(name)* ________ .

× other: The Jury rendered a verdict in favor of the defendants.

This action was *(check one)*:

× tried by a jury with Judge LASHANN DEARCY HALL presiding, and the jury has rendered a verdict.

☐ tried by Judge ________ without a jury and the above decision was reached.

☐ decided by Judge ________ on a motion for ________ .

Date: 9/14/16

*CLERK OF COURT*

s/ W. Valentin

*Signature of Clerk or Deputy Clerk*

# EXHIBIT B

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Francesco Portelos
v.
Dept. of Education, et al

Case No.: 12 civ. 3141 (LDH)

## BILL OF COSTS

Judgment having been entered in the above entitled action on 09/14/2016 (*Date*) against Francesco Portelos,

the Clerk is requested to tax the following as costs:

| Item | Amount |
|---|---|
| Fees of the Clerk | $ |
| Fees for service of summons and subpoena | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | 14,727.53 |
| Fees and disbursements for printing | |
| Fees for witnesses *(itemize on page two)* | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs *(please itemize)* | |
| TOTAL | $ 14,727.53 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service ☐ First class mail, postage prepaid

☐ Other:

s/ Attorney:

Name of Attorney: Jessica Giambrone

For: New York City Law Department, 100 Church Street, New York, NY 10007 (*Name of Claiming Party*) Date: 09/16/2016

### Taxation of Costs

Costs are taxed in the amount of ______ and included in the judgment.

*Clerk of Court* By: *Deputy Clerk* *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

**Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)**

| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT C

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT 06484
(203)929-9992 cmfiore@sbcglobal.net
FEIN: 42-1595354

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/23/2014 | 4611 |

VOUCHERED
DATE: 11/20/14
INV. AMT. PAID: $ 372.96
VR 2015 0002994
INV. # 15-4611
SVS. PERIOD 4/23/14 TO 4/23/14
AG. 025 : B/C 0207 : DET. OBJ. 6220
REF DOC

FU-14

| BILL TO |
|---|
| Jessica Giambrone, Esq.<br>Office of the Corporation Counsel<br>The City of New York<br>100 Church Street<br>New York, NY 10007 |

| DUE DATE |
|---|
| 5/23/2014 |

| TRANSCRIPT | PROCEEDING | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Daily | United States District Court<br>Eastern District of New York<br><br>Before Mag. Judge Vera M. Scanlon<br><br>Portelos v. City of New York et al<br>Case No. 12-CV-3141<br><br>April 17, 2013<br><br>Order Processed by Christine Rocco | 56 | 6.66 | 372.96 |
| | | **Total** | | 372.96 |

a.c.c. Jessica Giambrone

Case No. 2012-029495

Date: Nov. 17, 2014

2014 NOV 18 PM 3:45
NYC LAW DEPT
FISCAL DIV

# EXHIBIT D




F/14

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

JESSICA GIAMBRONE, ESQ.

INVOICE NO.: 14042403701
INVOICE DATE: 5/6/2014

REPORTER:
GENA NARDONE

PORTELOS, FRANCESCO VS CITY OF NEW YORK, NYC DOE, DENNIS WALCOTT, CHANCELLOR OF NY, ETAL
INDEX NO: 12CV3141 FILE NO: 2012-029495 — LE

TAX ID #: 11-266-5545

BILLER ID: SS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/24/2014 | DEPOSITION OF THE PLF., | |
| | FRANCESCO PORTELOS 141PP+22PGS OF W.I. | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | 594.95 |
| | APPEARANCE (AM) YOUR CHARGE | 26.00 |
| | CONTROL #: ZZZ11145 | |

$365

| | |
|---|---|
| SUB TOTAL | $620.95 |
| PAID | $0.00 |
| BALANCE DUE | $620.95 |

I HEREBY CERTIFY: That the claim specified herein is for official required services rendered or ordered by the City of New York that it is necessary ... and that it was necessary for the proper ... of the ... of the ... and that it was ... for the ... of the City of New York.

Jessica Giambrone May 22, 2014
Assistant Corporation Counsel Date

2014 MAY -7 AM 11:58

VOUCHERED
DATE: 10/03/14
INV. AMT. PAID: $ 620.95
15-1867
140424 03701
VR 140 04/24/14 TO 04/24/14 6228
04/24/14
020 | OBJ. 025
025
2015 1404518

2014 MAY 14 PM 4:19
2014 MAY 12 PM 3:31 FISCAL

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU
ORIGINAL INVOICE

***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

DIAMOND DEPOSITION CENTERS

Make checks payable to: Diamond Reporting, Inc.

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Check

Credit Card #:

Exp. Date: Security Code:

Name on Card:

New York Offices:
Manhattan, Brooklyn, Bronx, Queens, Staten Island, Melville, Mineola, White Plains

New Jersey Offices:
Englewood Cliffs, Audubon






NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

JESSICA GIAMBRONE, ESQ.

PORTELOS, FRANCESCO VS CITY OF NEW YORK, NYC DOE, DENNIS WALCOTT, CHANCELLOR OF NY, ETAL
INDEX NO: 12CV3141 FILE NO: 2012-029495 – LE

**INVOICE NO.:** 14092604501
**INVOICE DATE:** 10/9/2014

**REPORTER:**
RICHARD AURELIO

**TAX ID #: 11-266-5545**

**BILLER ID:** SS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 9/26/2014 | CONT. EXAM. BEFORE TRIAL OF THE PLF., FRANCESCO PORTELOS 217PP+36PGS OF W.I. | | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | $3.65 | 923.45 |
| | APPEARANCE (AM & PM) YOUR CHARGE | | 52.00 |
| | CONTROL #:EEE12868 | | |

| | |
|---|---|
| **SUB TOTAL** | $975.45 |
| **PAID** | $0.00 |
| **BALANCE DUE** | $975.45 |

2014 OCT 16 PM 3:27

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature ______ OCT. 13, 2014
Date ______
Case # ______

10/27/15
975.45
16-2151
14092604501
09/26/14 09/26/14
020 6220
20151404518
025
CT1 025

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

COPY

***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx, Queens, Staten Island, Melville, Mineola, White Plains

New Jersey Office:
Englewood Cliffs




F/15

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

INVOICE NO.: 14100613401
INVOICE DATE: 10/9/2014

REPORTER:
ANITA TROMBETTA

PORTELOS, FRANCESCO VS CITY OF NEW YORK
FILE NO: 2012-029495

TAX ID #: 11-266-5545

BILLER ID: AM

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/6/2014 | APPEARANCE OF A COURT REPORTER IN THE ABOVE-ENTITLED MATTER<br>CANCELLATION FEE<br><br>CONTROL #: FFF12978<br><br>WITNESSS DID NOT WANT TO APPEAR FOR DEPOSITION AT SUCH A LATE TIME | 78.00 |

| | |
|---|---|
| SUB TOTAL | $78.00 |
| PAID | $0.00 |
| BALANCE DUE | $78.00 |

[signature] 3-5-2015

10 28 15
78.00
16- 2158
14100613401
10 06 14
6220
10 06 14
0201
2015140

2014 OCT 10 AM 10:49

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

ORIGINAL INVOICE

***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

Make checks payable to: Diamond Reporting, Inc.

Visa ☐ MC ☐ Amex ☐ Discover ☐ Check

025 CT1 025

Credit Card #:

Exp. Date: Security Code:

Name on Card:

DIAMOND DEPOSITION CENTERS
New York Offices:
Manhattan, Brooklyn, Bronx,
Queens, Staten Island,
Melville, Mineola, White Plains
New Jersey Office:
Englewood Cliffs

2015 MAR 12:30

NYC LAW DEPT FISCAL UNIT FILE




FY15

2014 NOV 24 AM 10: 02

FISCAL NYC LAW DEPT

NEW YORK CITY LAW DEPARTMENT
PIN # 02507X100A17
100 CHURCH STREET, FISCAL SECTION-ROOM 5-121
NEW YORK, NY 10007

JESSICA GIAMBRONE, ESQ.

**INVOICE NO.:** 14102208601
**INVOICE DATE:** 11/3/2014

**REPORTER:**
QUINTINA HASKINS

PORTELOS, FRANCESCO VS CITY OF NEW YORK, NYC DOE, DENNIS WALCOTT, ETAL
INDEX NO: 12CV 3141 (RRM) FILE NO: 2012-029495 LE

**TAX ID #: 11-266-5545**

**BILLER ID:** SS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/22/2014 | CONT. EXAM. BEFORE TRIAL OF THE PLF., FRANCESCO PORTELOS 76PP+15PGS OF W.I. | $3.65 | |
| | ORIGINAL & 2 COPIES - YOUR CHARGE | | 332.15 |
| | APPEARANCE (PM) YOUR CHARGE | | 26.00 |
| | CONTROL #:FFF13162 | | |

| | |
|---|---|
| **SUB TOTAL** | $358.15 |
| **PAID** | $0.00 |
| **BALANCE DUE** | $358.15 |

05 27 15
358.15
2015 UUU 6684
15 1419220 8601
10/22/14 10/22/14
6220
020 25
2014 24386

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature Jessica Giambrone

Date Nov. 19, 2014

Case # 2012-029495

025 CTL

2014 NOV -6 PM 4:03

** PLEASE NOTE PAYMENT TERMS ARE NET 30 DAYS **
WE ACCEPT ALL MAJOR CREDIT CARDS
WE ACCEPT WIRE TRANSFER - PLEASE CONTACT OUR OFFICE FOR DETAILS
PLEASE NOTE INVOICE NUMBER ON YOUR PAYMENT - THANK YOU

COPY

***PLEASE SEND PAYMENT TO: 16 COURT STREET, SUITE 907, BROOKLYN, NY 11241***

DIAMOND DEPOSITION CENTERS

New York Offices:
Manhattan, Brooklyn, Bronx, Queens, Staten Island, Melville, Mineola, White Plains

New Jersey Office:
Englewood Cliffs

# EXHIBIT E

VC0014361S

INVOICE # 2014/250

| MAKE CHECK PAYABLE TO: | Processed By: Christine Rocco |
|---|---|
| **TRANSCRIPTIONS PLUS II, Inc.**<br>740 Sharon Road<br>Copiague NY 11726<br>E-mail: rl.transcriptions2@gmail.com | Judicial Official: Scanlon |
| Taxpayer ID No.: 27-3972254 | Minutes of Proceedings: |
| Contact Person: Linda Ferrara<br>E-mail: laferrara44@gmail.com | DCN#<br>LAS# |

VOUCHERED

** ALL CREDIT CARD CHARGES WILL APPEAR AS A PAY PAL CHARGE**

DATE: 9/5/14

INV. AMT. PAID: $ 659.34 **Invoice Date: 9/3/14**

V# 2015000 1235

INV. #15-2014/250

SVS. PERIOD 9/3/14 TO 9/3/14

AG. 025 : B/C 0207 : DET. OBJ. 6220

REF. DOC. ____/____/____

FY-15

Rec'd. Tuesday 9-4-14

**Billed To:**
Jgiambrone@law.nyc.gov
Showell@law.nyc.gov

sica Giambrone
..aron Howell
NYC Law Department

| CAPTION | DOCKET # | DATES | CATEGORY | RATE | PAGES | AMOUNT |
|---|---|---|---|---|---|---|
| Portelos v. City of New York et al | 12-cv-3141 | 5-27-14 | daily | 6.66 | 99 | $659.34 |
| | | | Total Amount Due: | | | $659.34 |

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature [signature]

Date 9.4.2014

Case # 2012-029495

2014 SEP -5 AM 10:56

# EXHIBIT F

VC0014361S

INVOICE # 2014/254

**MAKE CHECK PAYABLE TO:**

**TRANSCRIPTIONS PLUS II, Inc.**
740 Sharon Road
Copiague NY 11726
E-mail: rl.transcriptions2@gmail.com

Taxpayer ID No.: 27-3972254

Contact Person: Linda Ferrara
E-mail: laferrara44@gmail.com

Processed By: **Christine Rocco**

Judicial Official: Scanlon

Minutes of Proceedings:

**DCN#**

**LAS#**

***ALL CREDIT CARD CHARGES WILL APPEAR AS A PAY PAL CHARGE***

**Invoice Date: 9/12/14**

14-15

**Billed To:**
Jgiambrone@law.nyc.gov
Showell@law.nyc.gov

NYC Law Department

Jessica Giambrone
Case # 2012-029495

| CAPTION | DOCKET # | DATES | CATEGORY | RATE | PAGES | AMOUNT |
|---|---|---|---|---|---|---|
| Porelos v. City of NY, et al. | 12-cv-3141 | 9-5-14 | expedite | 5.34 | 105 | 560.70 |
| | | | **Total Amount Due:** | | | $560.70 |

VOUCHERED
DATE: 9/17/14
INV. AMT. PAID: $ 560.70
V# 2015000 1524
INV. # 15-2014/254
SVS. PERIOD 9/5/14 TO 9/5/14
AC 025 : B/C 0207 DET. OBJ. 6220
REF. DOC. ______/______/______

2014 SEP 16 PM 1:28

EXHIBIT G

000226495 001

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT 06484
(203)929-9992 cmfiore@sbcglobal.net
FEIN: 42-1595354

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/19/2014 | 4831 |

**BILL TO**

Sharon Howell , Esq.
Office of the Corporation Counsel
The City of New York
100 Church Street
New York, NY 10007

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature ____
Date 11-20-14
Case # 2012-029495

F4-15

| DUE DATE |
|---|
| 12/19/2014 |

| TRANSCRIPT | PROCEEDING | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Ordinary Transcript | United States District Court<br>Eastern District of New York<br><br>Before Mag. Judge Vera M. Scanlon<br><br>Portelos v. City of NY<br>Case No. 12-CV-3141<br><br>October 16, 2014 6<br><br>Order Processed by Christine Rocco | 53 | 4.02 | 213.06 |
| | | **Total** | | 213.06 |

VOUCHERED
DATE: 11/25/14
INV. AMT. PAID: $ 213.06
V# 2015 000 3050
INV. # 15-4831
SVS. PERIOD 10/16/14 TO 10/16/14
025 R/C 0207 DET. OBJ. 6220

2014 NOV 24 AM 10:03
FISCAL DIV. NYC LAW DEPT.

# EXHIBIT H

0002269950-001

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT 06484
(203)929-9992 cmfiore@sbcglobal.net
FEIN: 42-1595354

# Invoice

| DATE | INVOICE # |
|---|---|
| 12/1/2014 | 4836 |

| BILL TO |
|---|
| Sharon Howell , Esq.<br>Office of the Corporation Counsel<br>The City of New York<br>100 Church Street<br>New York, NY 10007 |

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature [signature]

Date December 4, 2015

Case # 2012-029495

F4-15

| DUE DATE |
|---|
| 12/31/2014 |

| TRANSCRIPT | PROCEEDING | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Ordinary Transcript | United States District Court<br>Eastern District of New York<br><br>Before Mag. Judge Vera M. Scanlon<br><br>Portelos v. City of New York<br>Case No.12-CV-3141<br><br>October 27, 2014<br><br>Order Processed by Christine Rocco | 5 | 4.02 | 20.10 |
| | | Total | | 20.10 |

FISCAL UNIT NYC LAW DEPT. 2014 DEC -4 PM 2:58

VOUCHERED
DATE: 12/5/14
INV. AMT. PAID: $ 20.10
V# 20150003235
INV. # 15-4836
SVS. PERIOD 10/27/14 TO 10/27/14
AG. 025 : B/C 0207 : DET. OBJ. 6220
REF. DOC. / /

# EXHIBIT I

0002264950 001

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT 06484
(203)929-9992 cmfiore@sbcglobal.net
FEIN: 42-1595354

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/23/2015 | 4866 |

VOUCHERED
DATE: 1/30/15
INV. AMT. PAID: $ 241.20
V# 20150004355
INV. 15-4866
SVS. PERIOD 10/30/14 TO 10/30/14
AG. 025 : B/C 0207 : DET. OBJ. 6220
FIL. DOC.

F4-15

| BILL TO |
|---|
| Sharon Howell<br>Office of the Corporation Counsel<br>The City of New York<br>100 Church Street<br>New York, NY 10007 |

| DUE DATE |
|---|
| 2/22/2015 |

| TRANSCRIPT | PROCEEDING | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Ordinary Transcript | United States District Court<br>Eastern District of New York<br><br>Before Mag. Judge Vera M. Scanlon<br><br>Portelos v. City of NY et al<br>Case No. 12-CV-3141<br><br>October 30, 2014<br><br>Order Processed by Loan Hong | 60 | 4.02 | 241.20 |
| | | **Total** | | 241.20 |

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature [signature]

Date 1-27-15

Case # 2012-029445

RECEIVED
FISCAL UNIT
NYC LAW DEPT.
2015 JAN 29 AM 9:38

# EXHIBIT J

000226 4950 00

Fiore Reporting and Transcription Service, Inc.
4 Research Drive, Suite 402
Shelton, CT 06484
(203)929-9992 cmfiore@sbcglobal.net
FEIN: 42-1595354

# Invoice

| DATE | INVOICE # |
|---|---|
| 1/31/2015 | 4869 |

6 F445

**BILL TO**

Sharon Howell
Office of the Corporation Counsel
The City of New York
100 Church Street
New York, NY 10007

VOUCHERED
DATE: 7/14/15
INV. AMT. PAID: $ 205.02
V# 2016000 0106
INV. # 15-4869
SVS. PERIOD 1/31/15 TO 1/31/15
AG. 025 B/C 0207 DET. OBJ. 6220

| DUE DATE |
|---|
| 3/2/2015 |

| TRANSCRIPT | PROCEEDING | PAGES | RATE | AMOUNT |
|---|---|---|---|---|
| Ordinary Transcript | United States District Court<br>Eastern District of New York<br><br>Before Mag. Judge Vera M. Scanlon<br><br>Portelos v. City of New York<br>Case No. 12-CV-3141<br><br>December 23, 2014<br><br>Order Processed by Christine Rocco | 51 | 4.02 | 205.02 |

2015 JUL 14 PM 3:51

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature Sharon Howell

Date July 13, 2015

Case # 2012-029495

A 1.5% per month late fee will be added if not paid by due date.

**Total** 205.02

# EXHIBIT K

VC0014361 5

INVOICE # 2015/034

| MAKE CHECK PAYABLE TO: | Processed By: Loan Hong |
|---|---|
| **TRANSCRIPTIONS PLUS II, Inc.**<br>740 Sharon Road<br>Copiague NY 11726<br>E-mail: rl.transcriptions2@gmail.com | Judicial Official: Scanlon<br>Minutes of Proceedings: |
| Taxpayer ID No.: 27-3972254 | DCN# |
| Contact Person: Linda Ferrara<br>E-mail: lsferrara44@gmail.com | LAS# FY-15 |

2012-020495 LE

** ALL CREDIT CARD CHARGES WILL APPEAR AS A PAY PAL CHARGE**

Invoice Date: 2/3/15

Billed To: Christopher Aaron Seacord

cseacord@law.nyc.gov

7/7/15

| CAPTION | DOCKET # | DATES | CATEGORY | RATE | PAGES | AMOUNT |
|---|---|---|---|---|---|---|
| Portelos v. City of New York, et al. | 12-cv-3141 | 12-15-14 | ordinary | 4.02 | 35 | 140.70 |
| | | | Total Amount Due: | | | $140.70 |

60

VOUCHERED

DATE: 7/8/15

INV. AMT. PAID: $ 140.70

V# 2015 004 7701

INV. # 15 - 2015/034

SVS. PERIOD 12/15/14 TO 12/15/14

AG. 025 B/C 0207 DET. OBJ. 6220

REF. DOC. ______ / ______ / ______

2015 JUL -7 PM 12:16

2015 MAY 21

# EXHIBIT L

VC 0015 1214 002

VOUCHERED
DATE: 12/2/15
INV. AMT. $ 112.14
V# 2016 0002 806
INV.# 16-113015-01
SVS. PERIOD 11/20/15 TO 11/20/15
G. 025 : B/C 0207 : DET. OBJ. 220
F. DOC. ____/____/____

# INVOICE

Invoice #: 113015-01
Mary Agnes Drury, RPR
Official Court Reporter
EIN # - 46-1847537
US District Court – Eastern District of New York
225 Cadman Plaza East
3rd Floor
Brooklyn, New York 11201
(718) 613-2615
mad78910@yahoo.com

F4-16

November 2, 2015

Rec'd 11-30-15

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.
Signature Sharon Howell
Date Nov. 30, 2015
Case # 2012-029495

New York City Law Department
100 Church Street – Room 3-227
New York, New York 10007
www.law.nyc.gov
(212) 356-2549
Attn: Sharon Howell
showell@law.nyc.gov
Invoice emailed to : vendorinvoices@law.nyc.gov

2015 DEC -1 AM 9:33

**Case**: Francesco Portelos vs City of New York, Dept of Ed, et al
**Case Number**: 12-CV-3141
**Case Matter:** Civil Cause for Pre Motion Conference
**Date of Proceeding**: 11/20/15
**Number of Pages**: 21 pages
**Rate**: 7-Day Expedite $5.34 per page

Total Due: $112.14

MasterCard, Visa, American Express & Discover Cards are Gladly Accepted

MasterCard VISA AMERICAN EXPRESS DISCOVER

**Thank you so very much !!!**

2012-029495

# EXHIBIT M

VG 00193495 001

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

INVOICE NO: 20160024

MAKE CHECKS PAYABLE TO:

Jessica Giambrone
Corporation Counsel - City of NY
100 Church Street
Room 2-172
New York, NY 10007
Phone: (212) 356-2460
FAX: (212) 356-2089
jgiambro@law.nyc.gov

Linda D. Danelczyk, RPR, CSR
Official Court Reporter
225 Cadman Plaza East - N-364
Brooklyn, NY 11201-1818
Phone: (718) 613-2330
FAX (718) 804-2712
Tax ID: 81-2297704
LindaDan226@gmail.com

RECEIVED FISCAL UNIT NYC LAW DEPT. 2016 JUL 25 PM 1:01

☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 07-18-2016 | DATE DELIVERED: 07-19-2016

**Case Style:** 12CV3141, Portelos v NYC DOE

Official Court Reporter's DAILY transcript held on 7/18/16. Pages 1-23 SUPPLIED in PDF format via electronic delivery.

FY-17

| CATEGORY | ORIGINAL PAGES | ORIGINAL PRICE | ORIGINAL SUBTOTAL | 1ST COPY PAGES | 1ST COPY PRICE | 1ST COPY SUBTOTAL | 2ND COPY PAGES | 2ND COPY PRICE | 2ND COPY SUBTOTAL | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 22 | 6.66 | 146.52 | | | | | | | 146.52 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | |

VOUCHERED
DATE: 8/17/16
INV. AMT. PAID: $ 146.52
V# 20170000793
INV. # 17-20160024
SVS. PERIOD 7/18/16 TO 7/18/16
AG. 025 : B/C 020 DET. OBJ. 6220
REF. DOC. ____/____/

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature Kaley Bradley
Date 7/20/16
Case # LM # 2012-029495

RECEIVED FISCAL UNIT NYC LAW DEPT. 2016 AUG 17 AM 11:41

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 146.52 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $146.52 |

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s:/Linda D. Danelczyk | DATE 07-19-2016

(All previous editions of this form are cancelled and should be destroyed)

# EXHIBIT N

11/07) VC00132249 002

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

INVOICE NO: 20160099

Ruby Bradley
New York City Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007
Phone: (212) 356-2441
RBradley@law.nyc.gov

MAKE CHECKS PAYABLE TO:

Charleane Heading, RMR, FCRR
Official Court Reporter
225 Cadman Plaza East
Room N-368
Brooklyn, NY 11201-1818
Phone: (718) 613-2643
FAX (718) 613-2127
Tax ID: 27-4974119
cheading@aol.com

2016 AUG -9 PM 2:04 RECEIVED FISCAL UNIT NYC LAW DEPT

[X] CRIMINAL [ ] CIVIL

DATE ORDERED: 08-04-2016

DATE DELIVERED: 08-05-2016

**Case Style:** 12CV3141(LDH), Portelos v NYC

Official Court Reporter's DAILY transcript of proceedings held on August 4, 2016.
Pages 1 through 40 SUPPLIED in PDF format via electronic delivery.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 40 | 6.66 | 266.40 | | | | | | | 266.40 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 266.40 |
| | | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | | | | | | | TAX (If Applicable): | |
| | | | | | | | | | LESS AMOUNT OF DEPOSIT: | |
| | | | | | | | | | TOTAL REFUND: | |
| | | | | | | | | | TOTAL DUE: | $266.40 |

VOUCHERED
DATE: 8/17/16
INV. AMT. PAID: $ 266.40
V# 20170000801
INV. 17-20160099
SVS. PERIOD 8/4/16 TO 8/4/16
AG. 025 : B/C 020 : DET. OBJ. 6220
REF. DOC. ___/___/___

I certify that the articles and services specified on this invoice have been received and verified as to quality and quantity.

Signature [signature]

Date 8/5/2016

Case # 2012-029495 (Francesco Portelos)

ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: s:/Charleane M. Heading

DATE 08-05-2016

(All previous editions of this form are cancelled and should be destroyed)

# EXHIBIT O

STACY A. MACE
**Official Court Reporter**
United States District Court - EDNY
225 Cadman Plaza East - Room N363
Brooklyn, New York 11201
(718) 613-2489

Make check payable to
**TO WOIT INC.**

EIN: 47-2819508

**Invoice 2016-000266**

**DATE:** 30-Aug-16

**TO:** NYC Law Department - Office of the Corporation Counsel
100 Church Street
New York, New York 10007
Jessica Giambrone, Esq.

**BEFORE:** Hon. LaShann DeArcy Hall

**RE:** Portelos v. City of New York, et al.
12-CV-03141 Civil Jury Trial

| Date | | Pages | | Per Page | | Total |
|---|---|---|---|---|---|---|
| **8-15-16 through 8-23-16** | **Pages 1 - 1201 151 AWI** | 841 | | 6.66 | | 5,601.06 |
| | | 511 | | 7.98 | | 4,077.78 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | | | 0.00 |
| | | | | Total Due | | $9,678.84 |

Official Court Reporter's transcript of CIVIL JURY TRIAL held on 08/15/2016 through 08/23/2016; Pages 1 through 1201 and 151 AWI pages SUPPLIED in PDF format via electronic delivery daily.

Payment due upon receipt.
Thank you.

# Invoice

## TO WOIT INC.

United States District Court - EDNY
225 Cadman Plaza East
Room N363
Brooklyn, NY 11201
Phone: 718-613-2489 smacerpr@gmail.com

| Date | Invoice # |
|---|---|
| 7/6/2016 | 2016-00266 |

EIN 47-2819508

| Bill To |
|---|
| JESSICA GIAMBRONE, ESQ.<br>Office of the Corporation Counsel<br>NYC Law Department<br>100 Church Street<br>New York, NY 10007 |

Stacy A. Mace
Official Court Reporter

| Judge | Case | Docket No. |
|---|---|---|
| LDH | Portelos v. City of NY, et al. | 12-CV-03141 |
| | **Type of Proceeding** | **File / Voucher / DCN #** |
| | Civil Jury Trial | -- |

| Pages | Description | Rate | Date of Procee... | Amount | Split Rate |
|---|---|---|---|---|---|
| 260 | CIVIL CASE, ORIGINAL COPY, D/D<br>229 Transcript 31 AWI | 6.66 | 8/15/2016 | 1,731.60 | |
| 247 | CIVIL CASE, ORIGINAL COPY, H/D<br>218 Transcript 29 AWI | 7.98 | 8/16/2016 | 1,971.06 | |
| 322 | CIVIL CASE, ORIGINAL COPY, D/D<br>288 Transcript 34 AWI | 6.66 | 8/17/2016 | 2,144.52 | |
| 264 | CIVIL CASE, ORIGINAL COPY, H/D<br>233 Transcript 31 AWI | 7.98 | 8/18/2016 | 2,106.72 | |
| 197 | CIVIL CASE, ORIGINAL COPY, D/D<br>171 Transcript 26 AWI | 6.66 | 8/19/2016 | 1,312.02 | |
| 62 | CIVIL CASE, ORIGINAL COPY, D/D<br>62 Transcript<br>Official Court Reporter's DAILY transcript of CIVIL JURY TRIAL held on 08-15-2016 through 08-19-2016 and on 08-23-2016. Pages 1 through 1201 and 151 AWI Pages SUPPLIED in PDF format via electronic delivery. | 6.66 | 8/23/2016 | 412.92 | |

Payment is due upon receipt. Thank you for your prompt payment.

| | |
|---|---|
| **Total** | $9,678.84 |
| **Balance Due** | $9,678.84 |
| **Payments/Credits** | $0.00 |
| **Total Balance** | $ 9678.84 |

*Make checks payable to:*

## TO WOIT INC.