FORM 1

# NOTICE OF APPEAL

* * * * * * * * * * *

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
__Eastern__ __NEW YORK__

Francesco Portelos
_____

\*
\*
\*
\*
\*
Linda Hill, Erminia Claudio, et al.
\*
_____

<u>NOTICE OF APPEAL</u>

12 CV 3141 (LDH)
_____
Docket No.

Notice is hereby given that __Plaintiff Francesco Portelos__
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

Jury verdict for the Defendants issued on August 23, 2016 and Order Denying Plaintiff's Post Trial Motion argued on October 31, 2016

entered in this action on the __31__ day of __October__, 20__16__.

_____
Signature

Francesco Portelos
_____
Printed Name

52 Wiman Place
_____
Address

Staten Island, NY 10305
_____

(347) 564-7597
_____
Telephone No. (with area code)

Date: 11/21/2016