UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------- x

FRANCESCO PORTELOS,

Plaintiff,

-against-

LINDA HILL, PRINCIPAL OF I.S. 49, IN HER OFFICIAL AND INDIVIUAL CAPACITY AND ERMINIA CLAUDIO, DISTRICT SUPERINTENDENT IN HER OFFICIAL AND INDIVIDUAL CAPACITY,

Defendants.

---------------------------------------------------------------------------- x

**NOTICE OF APPLICATION FOR COSTS SOUGHT AGAINST PLAINTIFF**

12 Civ. 3141 (LDH)(VMS)

**PLEASE TAKE NOTICE** that, upon defendant's bill of costs, the Declaration of Jessica Giambrone dated April 18, 2018 and the exhibits annexed thereto, and all other pleadings and proceedings had herein, the defendants will move this Court before the Judgment Clerk, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York at 10.00 a.m. on May 3, 2018, or as soon thereafter as counsel may be heard, for an order pursuant to Rule 54 of the Federal Rules of Civil Procedure and 28 U.S.C. § 1921 granting fees and costs sought by defendants and granting such relief as to this Court deems proper.

Date: New York, New York
April 18, 2018

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
Attorney for the Defendants
100 Church Street, Room 2-172
New York, New York 10007
212-356-2460

By: /s Jessica Giambrone
Jessica Giambrone
Assistant Corporation Counsel

To. Glass Krakoer, LLP (via ECF)
Bryan D. Glass, Esq
Attorney for Plaintiff
100 Church Street, 8th Floor
New York, New York 10007