FORM 1

## NOTICE OF APPEAL

\* \* \* \* \* \* \* \* \* \*

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 29 2019 ★
4:17 pm
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
FOR THE
Eastern DISTRICT OF New York

Francesco Portelos

\* \* \* \* \* \* \*

Linda Hill et al

NOTICE OF APPEAL
12 CV 3141
Docket No.

Notice is hereby given that Francesco Portelos (Plaintiff)
(party)

hereby appeals to the United States Court of Appeals for the Second Circuit from the decision

(describe it) Order Denying Plaintiff's Motion for Reconsideration including Memorandum and Memorandum and Order granting Defendant's Bill of Costs.

entered in this action on the 18 day of April, 2019.

RECEIVED
APR 29 2019
PRO SE OFFICE

_(signature)_
Signature

Francesco Portelos
Printed Name

52 Wiman Place
Address

Staten Island, NY 10305

(347) 564-7597
Telephone No. (with area code)

Date: 04/26/2019



Francesco Portelos
50 Wiman Pl.
SI NY 10305

District Clerk
12-cv-3141
Eastern District Court
225 Cadman Plaza East
Brooklyn NY 11201

RECEIVED
APR 29 2019
PRO SE OFFICE