

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 7 / 2019 ★
BROOKLYN OFFICE

```
&%RPCourt Name: Eastern District of New York

Division: 1
Receipt Number: 4653139696
Cashier ID: vjones
Transaction Date: 05/07/2019
Payer Name: Francesco Portelos
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Francesco Portelos
 Case/Party: D-NYE-1-12-CV-003141-001
 Amount:         $505.00
------------------------------------
PAPER CHECK CONVERSION
 Amt Tendered:  $505.00
------------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```

Francesco Portelos
52 Wiman Pl.
SI NY 10305

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 07 2019 ★
BROOKLYN OFFICE

Pro Se Office
Clerk, US Court
Eastern District Court of NY
225 Cadman Plaza E.
Brooklyn, NY 11201